**Tammy M. STONE, Petitioner— Appellant,**

v.

**Tim HALLORAN, Kanawha County Magistrate, Respondent— Appellee.**

**No. 03–7927.**

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2004.

Decided March 31, 2004.

Tammy M. Stone, Appellant pro se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy M. Stone, a state prisoner, seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying relief on her petition filed under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and conclude that Stone has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*